[No. 40802-0-I.     Division One.     June 28, 1999.]

*In the Matter of the Marriage of* AKIKO FUSEKI,
*Appellant*, and ANDREW LITMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-3-04772-0, Joan DuBuque, J., entered May
14, 1997. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Becker and Appelwick, JJ.

[No. 41523-9-I.     Division One.     June 28, 1999.]

DUWAMISH VALLEY NEIGHBORHOOD PRESERVATION COALITION,
*Appellant*, v. CENTRAL PUGET SOUND GROWTH MANAGEMENT
HEARINGS BOARD, ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated August 17, 1999.
Substitute opinion filed. Now published at 97 Wn. App. 98.

[No. 41588-3-I.     Division One.     June 28, 1999.]

NORMAN J. BOOTH, ET AL., *Respondents*, v. PAUL C.
STENSHOEL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-11955-5, Harriett M. Cody, J., entered
September 30, 1997. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 41743-6-I.     Division One.     June 28, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. VIBOL OUK,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-02001-4, Charles W. Mertel, J., entered
November 10, 1997. *Reversed* by unpublished per curiam
opinion.